# ALABAMA COURT OF CRIMINAL APPEALS



October 10, 2025

**CR-2025-0289**

Daveon Lamarnce Cathey v. State of Alabama (Appeal from Shelby Circuit Court: CC-12-22.61)

## NOTICE

You are hereby notified that on October 10, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk